ACCEPTED
01-13-01064-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/4/2015 5:10:35 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-13-01064-CV

## IN THE FIRST COURT OF APPEALS
## HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/4/2015 5:10:35 PM
CHRISTOPHER A. PRINE
Clerk

## HANDS OF HEALING RESIDENTIAL TREATMENT CENTER, INC. AND ALL OTHER OCCUPANTS,

*Appellant,*

## V.

## JOHN HAVENAR,

*Appellee.*

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEF OF APPELLANT

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), the Appellant, Hands of Healing Residential Treatment Center, Inc. and all Occupants, files this Unopposed Motion to Extend Time to File Reply Brief of Appellant.

Appellee filed its Brief on October 16, 2014, a day after the brief was required to be filed. As background Appellee's brief was due on July 2, 2014.

Counsel for Appellant requests an extension to February 6, 2015, to file its Reply Brief. The extension is necessary because of the holidays and four other briefing deadlines in other cases that made it difficult for Appellant to file a Reply Brief shortly after its motion to strike was denied on October 23, 2014.

On January 10, 2015, the parties were notified that there would be no oral argument in the case and that this case would be submitted to the panel of judges on February 25, 2015. As such, the extension would not likely interfere with the court's schedule.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct Reply Brief to aid this Court in its analysis of the issues presented. This request is not sought solely for delay but in the interest of justice. Opposing counsel is not opposed to this extension.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore, no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Reply Brief up to and including February 6, 2014. Appellant requests all other relief to which it may be entitled.

Respectfully submitted,

    /s/ *Victoria Plante-Northington*
VICTORIA PLANTE-NORTHINGTON
Texas Bar No. 00798436
PLANTE LAW FIRM, P.C.
5177 Richmond Ave., Suite 1275
Houston, Texas 77056
Telephone: (713) 526-2615
Facsimile: (713) 960-0555
*Counsel for Appellant*

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Appellee regarding this motion and that Appellee is not opposed to this motion.

/s/ Victoria Plante-Northington
VICTORIA PLANTE-NORTHINGTON


**CERTIFICATE OF SERVICE**

I certify that on February 4, 2015, I have sent a copy of this motion to the following counsel by email, U.S. mail, and/or facsimile:

Michael R. Wadler
Harberg Huvard Jacobs Wadler, LLP
2100 West Loop South, Suite 110
Houston, Texas 77027-3534
Facsimile: (281) 768-6229
*Counsel for Appellee*

/s/ Victoria Plante-Northington
VICTORIA PLANTE-NORTHINGTON